UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONNIE L. HICKS,<br><br>              Plaintiff,<br><br>    v.<br><br>DIRECTOR OF NAVOS,<br><br>              Defendant. | CASE NO. C23-1243JLR-BAT<br><br>ORDER |

Before the court is the report and recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, recommending dismissal of this action without prejudice. (R&R (Dkt. # 6).) The report and recommendation gave Plaintiff Ronnie L. Hicks until October 6, 2023, to file any objections thereto. (*Id.* at 3.) Mr. Hicks did not do so. (*See generally* Dkt.) Having reviewed the report and recommendation and the remaining record, the court finds and ORDERS:

    (1)    The court ADOPTS the report and recommendation (Dkt. # 6).

    (2)    This action is DISMISSED without prejudice.

ORDER - 1

(3)     The Clerk is DIRECTED to send a copy of this order to Mr. Hicks.

Dated this 10th day of October, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2